982 A.2d 1217

**Maurice A. HAYES, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

**No. 127 EM 2009.**

Supreme Court of Pennsylvania.

Oct. 15, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc,* treated as a Petition for Leave to File Petition for Review *Nunc Pro Tunc,* is **GRANTED.** Petitioner is directed to file his Petition for Review within 30 days of this order.